United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,

Plaintiff,

v.

MILOUS JAMES IVORY,

Defendant.

Case No. 26-cv-10194-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Edward M. Chen for consideration of whether the case is related to *Campbell v. Ivory*, 26-cv-4585-EMC.

**IT IS SO ORDERED.**

Dated: September 15, 2026

KANDIS A. WESTMORE
United States Magistrate Judge